FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 08, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CASSANDRA C.,[1]<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant. | No. 1:25-cv-3102-EFS<br><br>**ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

　　　The parties agree the matter should be remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), and agree that on remand the Appeals Council will issue a fully favorable decision finding Plaintiff disabled as of September 1, 2021. In addition, Plaintiff may request reasonable attorney fees and costs under the Equal Access to Justice Act.

---

[1] For privacy reasons, the Court refers to every social security plaintiff by first name and last initial or by "Plaintiff." *See* LCivR 5.2(c).

ORDER - 1

Consistent with the parties' agreement, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Remand, **ECF No. 19**, is **GRANTED.**

2. This matter is **REVERSED** and **REMANDED** to the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g) sentence four. On remand, the Appeals Council is to issue a fully favorable decision that finds Plaintiff disabled as of September 1, 2021.

3. The Clerk's Office shall **TERM** the hearing and Plaintiff's brief, **ECF No. 10**, enter **JUDGMENT** in Plaintiff's favor, and **CLOSE** the case.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 8th day of January 2026.

*Edward F. Shea*
EDWARD F. SHEA
Senior United States District Judge