AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CASSANDRA C.,

*Plaintiff*

v.

FRANK BISIGNANO, Commissioner of Social Security,

*Defendant*

)
)
)
)
)

Civil Action No.  1:25-cv-3102-EFS

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 08, 2026

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other**:   The parties' Stipulated Motion for Remand, ECF No. 19, is GRANTED.
This matter is REVERSED and REMANDED to the Commissioner of Social Security pursuant to 42 U.S.C. §405(g) sentence four.
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Edward F. Shea

Date:  1/08/2026

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*